# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-1339

_____

United States of America

*Plaintiff - Appellee*

v.

Ontario Rush-Richardson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: October 21, 2013
Filed: January 9, 2014
[Unpublished]

_____

Before RILEY, Chief Judge, MURPHY and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Ontario Rush-Richardson appeals from an order of the district court[1] denying him a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based upon certain

---

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

amendments to the United States Sentencing Guidelines for offenses involving cocaine base.  See U.S.S.G. § 1B1.10(c).  In declining to reduce Rush-Richardson's sentence, the district court concluded (1) Rush-Richardson had already received "significant concessions" from the government as a result of his plea agreement, and (2) a sentence reduction would cause Rush-Richardson to receive inadequate punishment "for possessing three firearms in connection with his drug trafficking offense."  Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying Rush-Richardson a sentence reduction.  See United States v. Johnson, 703 F.3d 464, 466-67 (8th Cir. 2013) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

———————————————